IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON CAI,**<br><br>                                   Petitioner,<br><br>     v.<br><br>**NEIL MCDOWELL,**<br><br>                                   Respondent. | Case No. 4:19-cv-03067-HSG<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including June 7, 2021, to file a response. If petitioner wishes to file a traverse, he shall do so within 30 days of his receipt of the response.

Dated: _____4/6/2021_____

*Haywood S. Gilliam, Jr.* (signature)
The Honorable Haywood S. Gilliam, Jr.
United States District Judge